FILED    ORIGINAL

2026 JUL -6 PM 12: 47

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES
BY _____

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
ERIC L. MACKIE (Cal. Bar No. 367806)
Assistant United States Attorney
Major Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3289
    Facsimile: (213) 894-0141
    E-mail:    eric.mackie@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>FARHAN KHAN,<br><br>       Defendant. | No. 2:26-mj-03679-DUTY<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER TO UNSEAL DOCKET; DECLARATION OF ERIC L. MACKIE<br><br>**(UNDER SEAL)** |

The government hereby files applies <u>ex parte</u> to unseal the docket in this matter.

//

//

This __ex parte__ application is based on the attached declaration of ERIC L. MACKIE.

Dated: July 1, 2026           Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

JENNIFER L. WAIER
Chief Assistant United States
Attorney &
Chief, Criminal Division

     /s/
_____
ERIC L. MACKIE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2

## DECLARATION OF ERIC L. MACKIE

I, ERIC L. MACKIE, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of Brett Ross and Craig Williams ("defendant").

2. On June 24, 2026, the government filed the Criminal Complaint, along with an ex parte application to seal the case. The Court granted the application.

3. On June 25, 2026, defendant had his initial appearance. Defendant was detained.

4. Accordingly, the justification for maintaining the case under seal no longer applies.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on July 1, 2026.

/s/ Eric L. Mackie
ERIC L. MACKIE
Assistant United States Attorney

1